IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| MILK AND HONEY COOP, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 3:25 cv 50048 |
| | ) | |
| v. | ) | Hon. Rebecca R. Pallmeyer |
| | ) | Presiding Judge |
| | ) | |
| VILLAGE OF LAKEMOOR, *et al.*, | ) | Hon. Margaret J. Schneider |
| | ) | Magistrate Judge |
| Defendant. | ) | |

**DEFENDANTS' JOINT UNOPPOSED MOTION FOR
EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

Defendants Nicholas Behan and the Illinois State Police ("ISP") (the "ISP Defendants"), and Defendants the Village of Lakemoor and Ryan Todd Weihofen (the "Lakemoor Defendants"), by and through their respective attorneys, respectfully move unopposed for a 30-day extension of time to February 6, 2026, to file their responsive pleading to Plaintiffs' Amended Complaint (Dkt. 74). This motion is brought in addition to or in the alternative to the pending motion to stay the present matter pending resolution of the ongoing Lake County criminal prosecution of Plaintiffs Emily Coleman and Andrew Field (Dkt. 26, 30, 75).

In support of this motion, Defendants state as follows:

1. In its September 10, 2025, opposition ISP's motion to vacate the Court's default order, Plaintiff Milk and Honey ("M&H") indicated its intent to amend its complaint in light of sovereign immunity principles (also referred to as Eleventh Amendment immunity in federal court) barring relief against ISP. Dkt. 60. On October 22, 2025, the Court noted that M&H had not yet filed an amended complaint. Dkt. 66.

2. On November 26, 2025, the parties jointly moved to set a briefing schedule on

M&H's anticipated amended complaint, allowing Plaintiff to amend its complaint as discussed by December 17, 2025, and setting a short responsive pleading deadline of January 7, 2026. Dkt. 70. The Court entered this schedule. Dkt. 71.

3. On December 17, 2025, Plaintiff filed a motion for an extension of time to December 22, 2025, to file its amended complaint, and the Court granted the extension. Dkts. 72, 73.

4. Rather than streamline its complaint as expected, Plaintiff's amended complaint adds to its original complaint more than 40 pages (expanding the complaint from 26 pages to 67), two additional plaintiffs (Milk and Honey's owners, Coleman and Field, who remain subject to the Lake County criminal prosecution), four additional defendants (the Lake County Metropolitan Enforcement Group ("LCMEG") and related officers whom Plaintiff asserts are employed by ISP), and seven additional counts. Dkt. 74. As of this writing, no summons has issued as to the newly added defendants.

5. Given this complexity and the pending criminal matter, Defendants require additional time to assess the amended complaint and their defenses thereto and to prepare their responsive pleadings.

6. Defendants therefore respectfully request a 30-day extension to February 6, 2026, for their responsive pleading.

7. This request is not made for any improper purpose or delay, and the requested extension will not prejudice Plaintiffs. This is particularly so where abstention doctrines prohibit this Court from ruling on issues that would undermine the concurrent state criminal prosecutions.

8. Plaintiffs do not oppose the requested extension.

WHEREFORE, Defendants respectfully request that this Court grant their unopposed request for a 30-day extension of time to answer Plaintiffs' complaint by February 6, 2026, or, in the alternative, grant the pending motion to stay this matter, including their responsive pleading deadlines, pending resolution of the concurrent Lake County criminal prosecutions of Plaintiffs Coleman and Field (*see* Dkt. 26, 30, 75).

Respectfully submitted,

*/s/ Michael J. Bradtke*
Michael J. Bradtke
Assistant Attorney General
Office of the Attorney General of Illinois
115 S. LaSalle Street
Chicago, Illinois 60603
(312) 814-1212
Michael.Bradtke@ilag.gov
*Counsel for Defendant Behan*

*/s/Lee Stark*
Lee Stark
Assistant Attorney General
Office of the Attorney General of Illinois
115 S. LaSalle Street
Chicago, IL 60603
224.278.8343
lee.stark@ilag.gov
*Counsel for Illinois State Police*

*/s/ Dominick L. Lanzito*
Christian Edward Ketter
Dominick L. Lanzito
Ottosen DiNolfo Hasenbalg & Castaldo, Ltd.
1804 N. Naper Blvd., Ste 350
Naperville, IL 60563
630-682-0085
cketter@ottosenlaw.com
dlanzito@ottosenlaw.com
*Counsel for Lakemoor Defendants*